SCWC-11-0000410

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MATTHEW CLEMENT,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000410; S.P.P. NO. 06-1-0035; CR. NO. 99-0376)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on April 29, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, June 13, 2016.

Dwight C.H. Lum
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

